FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
03 DEC 23 AM 10: 29

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA SANDERS, ET AL | CIVIL ACTION |
| VERSUS | |
| BANK ONE CORPORATION | NO. 00-418-D |
| AND | |
| CALVIN BRASLEY, ET AL | CIVIL ACTION |
| VERSUS | |
| BANK ONE CORPORATION | NO. 03-237-D |

### ORDER OF DISMISSAL

The court having been advised by counsel that the above action has been settled;

IT IS ORDERED that this action be and is hereby DISMISSED without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, December 23rd, 2003.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

Date Docketed
DEC 2 3 2003
Notices Mailed To:
JJB
SE
SCR Sweeney
BW Fleshman
BS
BM Brown

INITIALS: BS  DOCKET#: 137